District of Columbia live database
Case 0:13-mj-06148-PMH Document 1 Entered on FLSD Docket 03/27/2013 Page 1 of 18
Page 1 of 12

CALCOM,CAT B,INTERPRET

# U.S. District Court
# District of Columbia (Washington, DC)
# CRIMINAL DOCKET FOR CASE #: 1:11-cr-00110-JDB All Defendants

Case title: USA v. CONTRERAS-REYES et al

Date Filed: 04/19/2011

Assigned to: Judge John D. Bates

*13-6148-Hunt*

### Defendant (1)

**JOSE ANTONIO CONTRERAS-REYES**
*also known as*
PEPE
*also known as*
EL VIEJO
*also known as*
PP

represented by **H. Heather Shaner**
1702 S Street, N.W.
Washington, DC 20009
(202) 265-8210
Fax: (202) 332-8059
Email: hhsesq@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**David Walker Bos**
FEDERAL PUBLIC DEFENDER FOR D.C.
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500
Fax: (202) 208-7515
Email: david_bos@fd.org
*TERMINATED: 06/07/2012*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

21:959, 960, 963 and 18:2;
DISTRIBUTE FOR ILLEGAL
IMPORTATION - NARCOTICS;
Conspiracy to Distribute Five
Kilograms or More of Cocaine on
Board an Aircraft Registered in the U.S.
and to Distribute Five Kilograms or
More of Cocaine Knowing and
Intending that the Cocaine will be
Illegally Imported into the U.S. and
Aiding and Abetting.
(1)

### Disposition

21:959(b),960, and 963, and 18:2;
MANUFACTURE/DISTRIBUTE FOR
ILLEGAL IMPORTATION -
NARCOTICS; Conspiracy to Distribute
and Possess with Intent to Distribute
Five Kilograms or More of Cocaine on
Board an Aircraft Registered in the U.S.
and Aiding and Abetting.
(1s)

21:959(b) and 960 and 18:2;
DISTRIBUTE FOR ILLEGAL
IMPORTATION - NARCOTICS;
Possession with Intent to Distribute
Five Kilograms or More of Cocaine on
Board an Aircraft Registered in the U.S.
and Aiding and Abetting.
(2)

21:959(b),960, and 18:2;
MANUFACTURE/DISTRIBUTE FOR
ILLEGAL IMPORTATION -
NARCOTICS; Possess with Intent to
Distribute Five Kilograms or More of
Cocaine on Board an Aircraft
Registered in the U.S. and Aiding and
Abetting.
(2s)

### Highest Offense Level (Opening)
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Terminated)
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Calendar Committee

### Defendant (2)
**MARWAN CHEBLI CHEBLI**
*also known as*
EL TURCO

*also known as*
SAMIR

| **Pending Counts** | **Disposition** |
|---|---|
| 21:959, 960, 963 and 18:2; DISTRIBUTE FOR ILLEGAL IMPORTATION - NARCOTICS; Conspiracy to Distribute Five Kilograms or More of Cocaine on Board an Aircraft Registered in the U.S. and to Distribute Five Kilograms or More of Cocaine Knowing and Intending that the Cocaine will be Illegally Imported into the U.S. and Aiding and Abetting. (1) | |
| 21:959(b),960, and 963, and 18:2; MANUFACTURE/DISTRIBUTE FOR ILLEGAL IMPORTATION - NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine on Board an Aircraft Registered in the U.S. and Aiding and Abetting. (1s) | |

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Terminated)

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge John D. Bates

### Defendant (3)

**MIGUEL ROSA-URENA**　　　　　　　represented by **Ron Earnest**
*also known as*　　　　　　　　　　　　　　　　　7000 Carroll Avenue
EL GATO　　　　　　　　　　　　　　　　　　　Suite 200
　　　　　　　　　　　　　　　　　　　　　　　　Takoma Park, MD 20912

(240) 401-5277
Fax: (240) 536-9194
Email: ronearnest@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21:959, 960, 963 and 18:2;
DISTRIBUTE FOR ILLEGAL
IMPORTATION - NARCOTICS;
Conspiracy to Distribute Five
Kilograms or More of Cocaine on
Board an Aircraft Registered in the U.S.
and to Distribute Five Kilograms or
More of Cocaine Knowing and
Intending that the Cocaine will be
Illegally Imported into the U.S. and
Aiding and Abetting.
(1)

21:959(b),960, and 963, and 18:2;
MANUFACTURE/DISTRIBUTE FOR
ILLEGAL IMPORTATION -
NARCOTICS; Conspiracy to Distribute
and Possess with Intent to Distribute
Five Kilograms or More of Cocaine on
Board an Aircraft Registered in the U.S.
and Aiding and Abetting.
(1s)

21:959(b) and 960 and 18:2;
DISTRIBUTE FOR ILLEGAL
IMPORTATION - NARCOTICS;
Possession with Intent to Distribute
Five Kilograms or More of Cocaine on
Board an Aircraft Registered in the U.S.
and Aiding and Abetting.
(2)

21:959(b),960, and 18:2;
MANUFACTURE/DISTRIBUTE FOR
ILLEGAL IMPORTATION -
NARCOTICS; Possess with Intent to
Distribute Five Kilograms or More of
Cocaine on Board an Aircraft
Registered in the U.S. and Aiding and
Abetting.
(2s)

**Disposition**

**Highest Offense Level (Opening)**

District of Columbia live database
Case 0:13-mj-06148-PMH Document 1 Entered on FLSD Docket 03/27/2013 Page 5 of 18
Page 5 of 12

Felony

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                          **Disposition**

None

---

Assigned to: Judge John D. Bates

**Defendant (4)**

**KAREN MAJOR** represented by **Troy Demetrius Ferguson**
LAW OFFICES OF TROY D.
FERGUSON, P.A.
2250 SW 3rd Avenue
Suite 201
Miami, FL 33176
(305) 858-0888
Fax: 305-858-7107
Email: tdffergusonlaw@bellsouth.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                      **Disposition**

21:959, 960, 963 and 18:2;
DISTRIBUTE FOR ILLEGAL
IMPORTATION - NARCOTICS;
Conspiracy to Distribute Five
Kilograms or More of Cocaine on
Board an Aircraft Registered in the U.S.
and to Distribute Five Kilograms or
More of Cocaine Knowing and
Intending that the Cocaine will be
Illegally Imported into the U.S. and
Aiding and Abetting.
(1)

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                   **Disposition**

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: Judge John D. Bates

**Defendant (5)**

**REGINA DOMENECH**
*also known as*
GINA
*also known as*
LA NENA

| **Pending Counts** | **Disposition** |
|---|---|
| 21:959(b),960, and 963, and 18:2; MANUFACTURE/DISTRIBUTE FOR ILLEGAL IMPORTATION - NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine on Board an Aircraft Registered in the U.S. and Aiding and Abetting.<br>(1) | |
| 21:959(b),960, and 18:2; MANUFACTURE/DISTRIBUTE FOR ILLEGAL IMPORTATION - NARCOTICS; Possess with Intent to Distribute Five Kilograms or More of Cocaine on Board an Aircraft Registered in the U.S. and Aiding and Abetting.<br>(2) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: Judge John D. Bates

### Defendant (6)
**WILLIAM DOMENECH**
*also known as*
POPPY
*also known as*
PAPPY
*also known as*
GODFATHER

| **Pending Counts** | **Disposition** |
|---|---|
| 21:959(b),960, and 963, and 18:2; MANUFACTURE/DISTRIBUTE FOR ILLEGAL IMPORTATION - NARCOTICS; Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine on Board an Aircraft Registered in the U.S. and Aiding and Abetting.<br>(1) | |
| 21:959(b),960, and 18:2; MANUFACTURE/DISTRIBUTE FOR ILLEGAL IMPORTATION - NARCOTICS; Possess with Intent to Distribute Five Kilograms or More of Cocaine on Board an Aircraft Registered in the U.S. and Aiding and Abetting.<br>(2) | |

### Highest Offense Level (Opening)
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Terminated)
None

District of Columbia live database
Case 0:13-mj-06148-PMH   Document 1   Entered on FLSD Docket 03/27/2013   Page 8 of 12
Page 8 of 18

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

**USA**                                        represented by **Charles A. Miracle**
                                               DEPARTMENT OF JUSTICE
                                               Narcotic and Dangerous Drug Section
                                               145 N. Street NW
                                               Second Floor, East Wing
                                               Washington, DC 20530
                                               (202) 616-0712
                                               Fax: (202) 514-0483
                                               Email: charles.miracle@usdoj.gov
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Paul Joseph**
                                               U.S. DEPARTMENT OF JUSTICE
                                               Narcotics and Dangerous Drug Section
                                               145 N Street, NE
                                               Second Floor, East Wing
                                               Washington, DC 20530
                                               (202) 514-9644
                                               Fax: (202) 514-0483
                                               Email: paul.joseph2@usdoj.gov
                                               *TERMINATED: 01/30/2013*
                                               *LEAD ATTORNEY*

                                               **Paul Warren Laymon , Jr.**
                                               U.S. DEPARTMENT OF JUSTICE
                                               Narcotic and Dangerous Drug Section
                                               1400 New York Avenue, NW
                                               Suite 8124
                                               Washington, DC 20003
                                               (202) 514-1286
                                               Fax: (202) 514-0483
                                               Email: paul.laymon@usdoj.gov
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*

                                               **Sarah L. Hartnett**
                                               U.S. DEPARTMENT OF JUSTICE
                                               1440 New York Avenue, NW
                                               8th Floor
                                               Washington, DC 20005
                                               (202) 616-2696
                                               Fax: (202) 514-0483

District of Columbia live database
Case 0:13-mj-06148-PMH Document 1 Entered on FLSD Docket 03/27/2013 Page 9 of 18
Page 9 of 12

Email: sarah.hartnett2@usdoj.gov
*TERMINATED: 03/28/2012*

**Stephen A. Sola**
U.S. DEPARTMENT OF JUSTICE
Narcotic and Dangerous Drug Section
145 N Street, NE
Washington, DC 20530
(202) 514-0917
Fax: (202) 514-0483
Email: stephen.sola@usdoj.gov
*TERMINATED: 08/03/2011*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/10/2013 | 43 | MOTION to Detain Defendant Pending Trial by USA as to MIGUEL ROSA-URENA. (Attachment: # 1 Text of Proposed Order)(zmlp) (Entered: 01/11/2013) |
| 01/10/2013 | | Arrest of MIGUEL ROSA-URENA (lm, ) (Entered: 01/14/2013) |
| 01/10/2013 | 44 | Arrest Warrant Returned Executed on 1/10/13 as to MIGUEL ROSA-URENA. (zlm, ) (Entered: 01/14/2013) |
| 01/10/2013 | | ORAL MOTION to Appoint Counsel by MIGUEL ROSA-URENA. (zlm, ) (Entered: 01/14/2013) |
| 01/10/2013 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson: Oral Motion to Appoint Counsel Ron Earnest for MIGUEL ROSA-URENA as to MIGUEL ROSA-URENA (3) heard and granted. Arraignment/Initial Appearance as to MIGUEL ROSA-URENA (3) on Count 1,2 held on 1/10/2013; Plea entered as to MIGUEL ROSA-URENA Not Guilty on all counts. Detention Hearing set for 1/18/2013 at 01:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. Bond Status of Defendant: committed/commitment issued; Court Reporter: Bowles Reporting; Defense Attorney: Lara Quint for Ron Earnest; US Attorney: Paul Layman; (zlm) Modified on 1/15/2013 (mlp) (Entered: 01/14/2013) |
| 01/10/2013 | | Case unsealed from 1/10/13 forward as to JOSE ANTONIO CONTRERAS-REYES, MARWAN CHEBLI CHEBLI, MIGUEL ROSA-URENA, KAREN MAJOR. (mlp) (Entered: 01/25/2013) |
| 01/11/2013 | 42 | Case as to MIGUEL ROSA-URENA reassigned to Judge John D. Bates. Calendar Committee no longer assigned to the case. (ds) (Entered: 01/11/2013) |
| 01/14/2013 | 45 | NOTICE OF ATTORNEY APPEARANCE: Ron Earnest appearing as court appointed counsel for MIGUEL ROSA-URENA. (zmlp) (Entered: 01/16/2013) |
| 01/14/2013 | 46 | MOTION to Continue Detention Hearing Scheduled for 1/15/13 at 1:30 p.m.by MIGUEL ROSA-URENA. (Attachment: # 1 Text of Proposed Order)(zmlp) (Entered: 01/16/2013) |
| 01/15/2013 | 47 | ORDER granting 46 Motion by Defendant MIGUEL ROSA-URENA (3) to |

District of Columbia live database
Case 0:13-mj-06148-PMH   Document 1   Entered on FLSD Docket 03/27/2013   Page 10 of 18
Page 10 of 12

| | | |
|---|---|---|
| | | Continue Detention Hearing; cancelling the detention hearing set for 1/15/13 at 1:30 PM; directing that Defendant MIGUEL ROSA-URENA (3) be held without bond pending trial and committed to the custody of the U.S. Attorney General, as the defendant has waived a detention hearing; signed by Magistrate Judge Alan Kay on 1/15/13. (zkk) (Entered: 01/16/2013) |
| 01/18/2013 | | Minute Entry: Status Conference as to MIGUEL ROSA-URENA held on 1/18/2013 before Judge John D. Bates:Status Conference set for 2/16/2013 09:15 AM in Courtroom 30A before Judge John D. Bates. Government's oral motion to the toll speedy trial; heard and order forthcoming. Defendant committed; commitment issued. Court Reporter: Bryan Wayne Defense Attorney: Ron Earnest; US Attorney: Paul Laymon/Charles Miracle. (tb, ) (Entered: 01/18/2013) |
| 01/18/2013 | 48 | ORDER: Based on the representation made by the parties at the status hearing held on this date and the government's oral motion to exclude time from the Speedy Trial Act as to MIGUEL ROSA-URENA; it is hereby ordered that the government's oral motion is GRANTED; and it is further ordered that all the time through and including 02/19/13 shall be excluded in computing the date for speedy trial. Status Hearing set for 02/19/13 at 9:15 a.m. before Judge John D. Bates. Signed by Judge John D. Bates on 01/18/13. (tb, ) Modified on 1/23/2013 (ztb, ). (Entered: 01/18/2013) |
| 01/18/2013 | | Minute Entry: Status Conference as to KAREN MAJOR held on 1/18/2013 before Judge John D. Bates:Status Conference set for 4/23/2013 09:15 AM in Courtroom 30A before Judge John D. Bates. Defendant committed; commitment issued. Court Reporter: Bryan Wayne Defense Attorney: Troy Ferguson; US Attorney: Paul Laymon/Charles Miracle. (tb, ) (Entered: 01/18/2013) |
| 01/23/2013 | | Set/Reset Hearings as to JOSE ANTONIO CONTRERAS-REYES:Status Conference set for 1/25/2013 09:30 AM in Courtroom 30A before Judge John D. Bates. (tb, ) (Entered: 01/23/2013) |
| 01/25/2013 | | Minute Entry: Status Conference as to JOSE ANTONIO CONTRERAS-REYES held on 1/25/2013 before Judge John D. Bates:Status Conference set for 2/27/2013 09:30 AM in Courtroom 30A before Judge John D. Bates. Defendant's oral motion to unseal case; heard and GRANTED. Defendant committed; commitment issued. Court Reporter: Bryan Wayne Defense Attorney: Heather Shaner; US Attorney: Paul Laymon/Charles Miracle; Interpreter: Erin Gaskin. (tb, ) (Entered: 01/25/2013) |
| 01/25/2013 | 49 | ORDER: Upon consideration of the government's oral Motion to Toll the Speedy Trial Act at the Status Hearing held on 01/25/13 as to JOSE ANTONIO CONTRERAS-REYES; it is hereby ordered that the motion is GRANTED; it is further ordered that the time from 1/10/13 until 02/27/13 shall be excluded in computing the date for speedy trial in this case. Signed by Judge John D. Bates on 01/25/13. (tb, ) (Entered: 01/28/2013) |
| 01/30/2013 | 50 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Miracle, Charles A. added. Substituting for attorney Paul Joseph (Miracle, Charles) (Entered: 01/30/2013) |
| | | |

| 02/19/2013 | | Minute Entry: Status Conference as to MIGUEL ROSA-URENA held on 2/19/2013 before Judge John D. Bates:Status Conference set for 5/20/2013 09:15 AM in Courtroom 30A before Judge John D. Bates. Status Report due by 3/21/2013. Defendant waives speedy trial from 02/19/13 through 05/20/13. Defendant committed; commitment issued. Court Reporter: Bryan Wayne Defense Attorney: Ron Earnest; US Attorney: Paul Laymon/Charles Miracle. (tb, ) (Entered: 02/19/2013) |
|---|---|---|
| 02/19/2013 | 51 | ORDER TO CONTINUE - Ends of Justice as to MIGUEL ROSA-URENA Time excluded from 02/19/13 until 05/20/13.. Signed by Judge John D. Bates on 02/19/13. (tb, ) (Main Document 51 replaced on 2/19/2013) (ztb, ). (Entered: 02/19/2013) |
| 02/20/2013 | 52 | SEALED MOTION as to Defendants JOSE ANTONIO CONTRERAS-REYES (01), MARWAN CHEBLI CHEBLI (02), MIGUEL ROSA-URENA (03), NEW DEFENDANT REGINA DOMENECH (05), and NEW DEFENDANT WILLIAM DOMENECH (06), to Seal the Instant Motion, Proposed Order, Superseding Indictment, and Arrest Warrants issued for REGINA DOMENECH (05) and WILLIAM DOMENECH (06), filed by USA. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit: Superseding Indictment (adding defendants #5 and #6)(bench warrants issued for defendants #5 and #6) (zmlp) Modified on 2/25/2013 (zmlp) (Entered: 02/22/2013) |
| 02/20/2013 | 56 | UNSEALED 3/20/13.....SEALED SUPERSEDING INDICTMENT as to JOSE ANTONIO CONTRERAS-REYES (1) counts 1s, 2s; MARWAN CHEBLI CHEBLI (2) count 1s; MIGUEL ROSA-URENA (3) counts 1s, 2s; REGINA DOMENECH (5) counts 1, 2; and WILLIAM DOMENECH (6) counts 1, 2. (FORFEITURE ALLEGATION) (mlp) Modified on 3/21/2013 (mlp) (Entered: 03/20/2013) |
| 02/25/2013 | | MINUTE ORDER: Upon consideration of the government's 52 Motion to Seal; it is hereby ordered that the motion is GRANTED. It is further ordered that the Motion to Seal, Proposed Order, Superseding Indictment as to defendants JOSE ANTONIO CONTRERAS-REYES (1), MARWAN CHEBLI CHEBLI (2), MIGUEL ROSA-URENA (3), REGINA DOMENECH (5), and WILLIAM DOMENECH (6), and Arrest Warrants as to REGINA DOMENECH (5), and WILLIAM DOMENECH (6), be placed under seal. SO ORDERED - Judge John D. Bates on 02/25/13. (This document is SEALED and only available to authorized persons.) (tb) Modified on 2/25/2013 (zmlp) (Entered: 02/25/2013) |
| 02/25/2013 | 53 | SUPERSEDING INDICTMENT filed by USA as to JOSE ANTONIO CONTRERAS-REYES (1), MARWAN CHEBLI CHEBLI (2), MIGUEL ROSA-URENA (3), NEW DEFENDANT REGINA DOMENECH (5) and NEW DEFENDANT WILLIAM DOMENECH (6). (Arrest Warrants issued for REGINA DOMENECH (5) and WILLIAM DOMENECH (6). (This document is SEALED and only available to authorized persons.) (zmlp) (Entered: 02/25/2013) |
| 02/27/2013 | | Minute Entry: Status Conference as to JOSE ANTONIO CONTRERAS-REYES held on 2/27/2013 before Judge John D. Bates:Status Conference set for 4/12/2013 10:45 AM in Courtroom 30A before Judge John D. Bates. |

|            |    |                                                                                                                                                                                                                                                                                                                   |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | Defendant waives speedy trial from 02/27/13 through 04/12/13. Defendant committed; commitment issued. Court Reporter: Bryan Wayne Defense Attorney: Heather Shaner; US Attorney: Charles Miracle; Interpreter: Suzanna Santangelo. (tb, ) (Entered: 02/28/2013)                                                    |
| 02/27/2013 | 54 | ORDER TO CONTINUE - Ends of Justice as to JOSE ANTONIO CONTRERAS-REYES Time excluded from 02/27/13 until 04/12/13. Signed by Judge John D. Bates on 02/27/13. (tb, ) (Entered: 02/28/2013)                                                                                                                         |
| 03/20/2013 | 57 | MOTION to Unseal the Superseding Indictment for a Limited Purpose by USA as to JOSE ANTONIO CONTRERAS-REYES, MARWAN CHEBLI CHEBLI, MIGUEL ROSA-URENA, REGINA DOMENECH, WILLIAM DOMENECH. (zmlp) (Entered: 03/20/2013)                                                                                              |
| 03/20/2013 | 58 | ORDER granting 57 Motion to Unseal Superseding Indictment for a Limited Purpose as to JOSE ANTONIO CONTRERAS-REYES (1), MARWAN CHEBLI CHEBLI (2), MIGUEL ROSA-URENA (3), REGINA DOMENECH (5), WILLIAM DOMENECH (6). Signed by Judge John D. Bates on 3/20/13. (zmlp) (Entered: 03/20/2013)                         |
| 03/20/2013 | 59 | MOTION to Unseal Superseding Indictment by USA as to JOSE ANTONIO CONTRERAS-REYES, MARWAN CHEBLI CHEBLI, MIGUEL ROSA-URENA, REGINA DOMENECH, WILLIAM DOMENECH. (zmlp) (Entered: 03/20/2013)                                                                                                                        |
| 03/20/2013 | 60 | ORDER granting 59 Motion to Unseal Superseding Indictment as to JOSE ANTONIO CONTRERAS-REYES (1), MARWAN CHEBLI CHEBLI (2), MIGUEL ROSA-URENA (3), REGINA DOMENECH (5), WILLIAM DOMENECH (6). Signed by Judge John D. Bates on 3/20/13. (mlp) (Entered: 03/20/2013)                                                |
| 03/20/2013 |    | Case unsealed as to JOSE ANTONIO CONTRERAS-REYES, MARWAN CHEBLI CHEBLI, MIGUEL ROSA-URENA, REGINA DOMENECH, WILLIAM DOMENECH. (mlp) (Entered: 03/22/2013)                                                                                                                                                          |

| PACER Service Center |               |                  |                  |
|----------------------|---------------|------------------|------------------|
| Transaction Receipt                                                       ||||
| 03/27/2013 07:46:51                                                       ||||
| PACER Login:         | db5310        | Client Code:     |                  |
| Description:         | Docket Report | Search Criteria: | 1:11-cr-00110-JDB |
| Billable Pages:      | 6             | Cost:            | 0.60             |

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on November 9, 2012

## SUPERSEDING INDICTMENT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 11-110-1,2,3,5,6 (JDB) |
| v. | **FILED UNDER SEAL** |
| | VIOLATIONS: |
| JOSE ANTONIO CONTRERAS-REYES (1)<br>a.k.a. "Pepe,"<br>a.k.a. "El Viejo,"<br>a.k.a. "PP," | 21 U.S.C. §§ 959(b), 960, 963<br>(Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine On Board an Aircraft Registered in the United States) |
| MARWAN CHEBLI CHEBLI (2)<br>a.k.a. "El Turco,"<br>a.k.a. "Samir," | 21 U.S.C. §§ 959(b), 960<br>(Possess with Intent to Distribute Five Kilograms or More of Cocaine On Board an Aircraft Registered in the United States) |
| MIGUEL ROSA-URENA (3)<br>a.k.a. "El Gato," | |
| REGINA DOMENECH (5)<br>a.k.a "Gina,"<br>a.k.a. "La Nena," and | 18 U.S.C. § 2<br>(Aiding and Abetting) |
| WILLIAM DOMENECH (6)<br>a.k.a. "Poppy,"<br>a.k.a. "Pappy,"<br>a.k.a. "Godfather," | 21 U.S.C. § 853<br>21 U.S.C. § 970<br>(Forfeiture) |
| Defendants. | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about 2009, and continuing thereafter up to and including the date of the filing of this Superseding Indictment, the exact dates being unknown to the Grand Jury, in the Dominican Republic, Honduras, Venezuela, the Bahamas, the United States, and elsewhere, the Defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a "Pepe," a.k.a. "El Viejo," a.k.a. "PP," MARWAN CHEBLI CHEBLI, a.k.a. "El Turco," a.k.a. "Samir," MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato," REGINA DOMENECH, a.k.a "Gina" and "La Nena," and WILLIAM DOMENECH, a.k.a. "Poppy," "Pappy," and "Godfather," and others known and unknown to the Grand Jury, did knowingly, willfully, and intentionally combine, conspire, confederate, and agree to commit the following offense against the United States: to knowingly and intentionally, on board an aircraft registered in the United States, distribute and possess with intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 959(b) and 960(b)(1)(B)(ii); all in violation of Title 21, United States Code, Sections 963, and Title 18, United States Code, Section 2.

(Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine On Board an Aircraft Registered in the United States, in violation of Title 21, United States Code, Sections 959(b), 960, and 963, and Title 18, United States Code, Section 2)

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about 2009, and continuing thereafter up to and including the date of the filing of this Superseding Indictment, the exact dates being unknown to the Grand Jury, in the Dominican Republic, Honduras, Venezuela, the Bahamas, the United States, and elsewhere, the Defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a "Pepe," a.k.a. "El Viejo," a.k.a. "PP," MARWAN CHEBLI CHEBLI, a.k.a. "El Turco," a.k.a. "Samir," MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato," REGINA DOMENECH, a.k.a "Gina" and "La Nena," and WILLIAM DOMENECH, a.k.a. "Poppy," "Pappy," and "Godfather," and others known and unknown to the Grand Jury, did knowingly, willfully, and intentionally combine, conspire, confederate, and agree to commit the following offense against the United States: to knowingly and intentionally, on board an aircraft registered in the United States, distribute and possess with intent to distribute, five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 959(b) and 960(b)(1)(B)(ii); all in violation of Title 21, United States Code, Sections 963, and Title 18, United States Code, Section 2.

(Conspiracy to Distribute and Possess with Intent to Distribute Five Kilograms or More of Cocaine On Board an Aircraft Registered in the United States, in violation of Title 21, United States Code, Sections 959(b), 960, and 963, and Title 18, United States Code, Section 2)

2

## COUNT TWO

On or about May 22, 2010, in Venezuela and Honduras, and elsewhere, the defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a. "Pepe," a.k.a. "El Viejo," a.k.a. "PP," MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato," REGINA DOMENECH, a.k.a. "Gina" and "La Nena," and WILLIAM DOMENECH, a.k.a. "Poppy," "Pappy," and "Godfather," and others known and unknown to the Grand Jury, did knowingly, willfully, and intentionally, on board an aircraft registered in the United States, possess with intent to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 959(b) and 960(b)(1)(B)(ii), and Title 18, United States Code, Section 2.

>   (Possess with Intent to Distribute Five Kilograms or More of Cocaine On Board an Aircraft Registered in the United States, in violation of Title 21, United States Code, Sections 959(b) and 960, and Title 18, United States Code, Section 2)

## FORFEITURE ALLEGATION

Upon conviction of the criminal violations alleged in Count One (with respect to defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a "Pepe," a.k.a. "El Viejo," a.k.a. "PP," MARWAN CHEBLI CHEBLI, a.k.a. "El Turco," a.k.a. "Samir," MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato," REGINA DOMENECH, a.k.a "Gina" and "La Nena", and WILLIAM DOMENECH, a.k.a. "Poppy," "Pappy," and "Godfather," ) and Count Two (with respect to defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a "Pepe," a.k.a. "El Viejo," a.k.a. "PP," and MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato"; REGINA DOMENECH; and, WILLIAM DOMENECH) of the Indictment, the defendants JOSE ANTONIO CONTRERAS-REYES, a.k.a "Pepe," a.k.a. "El Viejo," a.k.a. "PP," MARWAN CHEBLI CHEBLI, a.k.a. "El Turco," a.k.a. "Samir," MIGUEL ANTONIO ROSA-URENA, a.k.a. "El Gato," KAREN MAJOR, REGINA DOMENECH, a.k.a. "Gina" and "La Nena," and WILLIAM DOMENECH, a.k.a. "Poppy," "Pappy," and "Godfather," (as named in the respective counts of the Superseding Indictment):

(1) Shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all respective right, title or interest which such defendants may have in:

  (a) any and all money and/or property constituting, or derived from, any proceeds which such defendants obtained, directly or indirectly, as the result of the violations alleged in Counts One and Two of this Supersedidng Indictment; and

  (b) any and all property used, in any manner or part, to commit, or to facilitate the commission of, the violations alleged in this Superseding Indictment.

(2) If any of said forfeitable property, as a result of any act or omission of the defendants --

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the said property. Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970.

(Criminal Forfeiture, in violation of Title 21, United States Code, Sections 853 and 970)

A TRUE BILL:

_____
FOREPERSON

_/s/_
ARTHUR G. WYATT, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By: _____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530
(202) 514-1286 (phone)
paul.laymon@usdoj.gov

5